**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                     RE:    CHAI VANG
                               Docket Number:  1:05CR00314-01 AWI
                               <u>FIREARM STORED AT OFFENDER'S
                               RESIDENCE</u>

Your Honor:

On June 26, 2006, the offender pled guilty to a violation of 18 USC 371, Conspiracy to Manufacture and Utter Counterfeit Currency, a Class D Felony. On November 6, 2006, he was sentenced to 34 months custody of the Bureau of Prisons and Supervised Release for a period of 3 years.

The felony conviction prohibits the offender from possessing a firearm. As such, and for officer safety reasons, it is customary for the probation office to preclude offenders from residing any place where a firearm is stored.

In the instant case, the offender resides with his father who possesses a firearm in the home. The offender's father works as a security guard for a local gambling establishment and is required to carry a duty-issued firearm as a requirement of his employment. The offender's father keeps his firearm locked away in his bedroom and the bedroom door is locked at all times when his father is not home. It has been reported that the offender does not have access to this firearm. This case is viewed as an exception to the probation office's prohibition of offenders residing where a firearm is stored.

While the offender does have a prior criminal record, his past criminal conduct does not involve firearms or violence. As previously noted, the firearm will be locked away by the offender's father and the offender will not have access to the weapon. This will also alleviate the probation officer's concern for safety. Furthermore, the offender has no other viable residence and if forced to move, it would greatly diminish the likelihood for his

**RE: CHAI VANG**
       **Docket Number:   1:05CR00314-01 AWI**
       **FIREARM STORED AT OFFENDER'S RESIDENCE**

success. The offender has vowed to immediately notify the probation officer should, at any time, the weapon be removed from the home or be unaccounted for.

Since the offender will not have constructive possession and in light of the discussion herein, the probation officer plans to allow the offender to remain at his current residence, even though a firearm is stored on the premises.

                              Respectfully submitted,

                               /s/ Brian J. Bedrosian

                              **BRIAN J. BEDROSIAN**
                              **United States Probation Officer**


Dated:      December 11, 2008
            Fresno, California
            BB


**REVIEWED BY:**       /s/ Hubert J. Alvarez
                       **HUBERT J. ALVAREZ**
                       **Supervising United States Probation Officer**

**RE: CHAI VANG**
**Docket Number: 1:05CR00314-01 AWI**
<u>**FIREARM STORED AT OFFENDER'S RESIDENCE**</u>

**THE COURT ORDERS:**

( **X** ) Approves The Probation Officer's plan to allow offender to reside where a firearm is stored.

(  ) Disapproves the Probation Officer's plan. The offender may not reside where a firearm is store.

(  ) Other:

IT IS SO ORDERED.

Dated: <u>December 17, 2008</u>     <u>    /s/ Anthony W. Ishii    </u>
                                         CHIEF UNITED STATES DISTRICT JUDGE

Rev. 10/2008
FIREARMS RESIDENCE.WPD